UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THOMAS A. AULICINO,

                                      Plaintiff,

                - against -

NEW YORK CITY (DEPARTMENT OF HOMELESS SERVICES),

                                    Defendant.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 3201(PKC)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
             April 10, 2008

                                                MICHAEL A. CARDOZO
                                              Corporation Counsel
                                               of the City of New York
                                              Attorney for Defendant
                                              100 Church Street, Room 2-146
                                              New York, New York 10007
                                              (212) 676-2750
                                              aoconnor@law.nyc.gov

                                     By: _____
                                              Andrea O'Connor (AO4477)
                                              Assistant Corporation Counsel

TO:    SCHWARTZ, LICHTEN & BRIGHT, P.C. (by ECF and first class mail)
        Attorneys for Plaintiff
        Arthur Z. Schwartz, Of Counsel
        275 Seventh Ave., 17th Floor
        New York, New York 10001

## **CERTIFICATE OF SERVICE BY U.S. MAIL**

       I hereby certify that on September 12, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon SCHWARTZ, LICHTEN & BRIGHT, P.C., attorneys for plaintiff, by causing to be deposited a copy of the same, enclosed in a first class post paid properly addressed wrapper, in an official depository located at 100 Church Street, in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City, directed to Arthur Z. Schwartz at SCHWARTZ, LICHTEN & BRIGHT, P.C. 275 Seventh Ave., 17th Floor, New York, New York 10001 that being the address designated for that purpose.

Dated:  New York, New York
       April 10, 2008

                MICHAEL A. CARDOZO
                Corporation Counsel
                 of the City of New York
                Attorney for Defendant
                100 Church Street, Room 2-146
                New York, New York 10007
                (212) 676-2750
                aoconnor@law.nyc.gov

By:     */s/ Andrea O'Connor*
                Andrea O'Connor (AO4477)
                Assistant Corporation Counsel

08 CV 3201(PKC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| THOMAS A. AULICINO,<br><br>                                          Plaintiff,<br><br>- against -<br><br>NEW YORK CITY (DEPARTMENT OF HOMELESS SERVICES),<br><br>                                          Defendant. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br>*100 Church Street; Room 2-146*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: Andrea O'Connor*<br>*Tel: (212) 676-2750*<br>*Matter No. 2008-014087* |
| Due and timely service is hereby admitted.<br><br>New York, N.Y. .................................................................. , 200...<br><br>................................................................................... Esq.<br><br>Attorney for ................................................................... |