

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Andrea O'Connor<br>Labor and Employment Law Division<br>Phone: (212) 676-2750<br>Fax: (212) 788-8877<br>E-mail: aoconnor@law.nyc.gov |

April 10, 2008

**BY ECF and FACSIMILE**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

        Re:   Aulicino v. New York City (Department of Homeless Services)
                 08-CV-3201(PKC)

Dear Judge Castel:

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendant New York City Department of Homeless Service ("DHS") in the above-referenced action brought pursuant to Title VII of the Civil Rights Act of 1964 and the New York State and City Human Rights Laws. Defendant writes today to respectfully request a thirty-day (30) extension of time, from April 23, 2008 to May 23, 2008, for DHS to respond to the complaint in above-referenced action. This is the DHS's first request for an extension of time. Plaintiff's counsel has consented to this extension.

        In order to respond to the complaint on behalf of defendant DHS, which must be grounded in knowledge, information and belief formed after reasonable inquiry, as required by Rule 11 of the Federal Rules of Civil Procedure, I must identify, locate and interview those persons with knowledge of the allegations set forth in the complaint. In addition, I must identify, locate and review any documents relevant to plaintiff's claims. An extension of time will provide defendant with sufficient time to investigate Plaintiff's allegations and to review documents that might be relevant to this action. Additionally, I will be taking a scheduled vacation from April 18 to April 23, 2008 and the requested extension would provide me with adequate time to complete defendant's response to the complaint upon my return to the office.

- 2 -

       For the foregoing reasons, defendants respectfully request that the Court grant the request for an extension of time from April 23, 2008 to May 23, 2008 to serve a response to the complaint.

       Thank you for your consideration of this request.

       Respectfully submitted,

       *Andrea O'Connor*

       Andrea O'Connor (AO4477)
       Assistant Corporation Counsel

c:    SCHWARTZ, LICHTEN & BRIGHT, P.C. (by ECF)
      Attorneys for Plaintiff
      Arthur Z. Schwartz, Of Counsel
      275 Seventh Ave., 17th Floor
      New York, New York 10001